THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar Number 156679
Asset Forfeiture Section
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-2589
    Facsimile: (213) 894-7177
    E-mail:   pio.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-7331 - JWJ |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| $427,807.54 IN U.S. CURRENCY, ONE 2004 BMW X-5, VIN. 5UXFA13554LU30274, AND ONE 2003 TOYOTA HIGHLANDER, VIN. JTEGF21A930095L87 | |
| Defendants. | |

    In its First Amended Complaint for Forfeiture ("FAC") filed on November 15, 2007, the government alleged that the above captioned defendants are subject to forfeiture pursuant to:

    (a)  18 U.S.C. § 981(a)(1)(C) on the ground that they constitute or are traceable to proceeds of multiple violations of 18 U.S.C. § 666 (theft or bribery

concerning programs receiving federal funds), 18 U.S.C. § 1341 (mail fraud), 18 U.S.C. § 1343 (wire fraud), and 18 U.S.C. § 1347 (health care fraud); and

(b) 18 U.S.C. § 981(a)(1)(A) on the ground that they are property involved in the laundering of proceeds from a specified unlawful activity or activities, including wire fraud, mail fraud and health care fraud, in violation of 18 U.S.C. § 1956 (a)(1)(A)(i) and (B)(i) and § 1957(a), or are traceable to such property.

Claimant Grisha Sayadian ("Sayadian") disputes the government's allegations and contends that $194,570.27 of the defendant $427,807.81 was derived from legitimate sources. Claimant Sayadyan does not claim any interest in the remaining $233,237,27 remaining of the defendant $427,807.54, the defendant One 2004 BMW X-5, VIN 5UXFA13554LU30274, or the defendant One 2003 Toyota Highlander, VIN JTEGF21A930095L87.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(A)&(C) and 18 U.S.C. § 984.

3. Notice of this action has been given as required by law. No one other than claimant Sayadian has appeared in this action,

and default by clerk has been entered against all potential claimants other than claimant Sayadian.

4. $100,000 of the defendant $427,807.54 shall be returned to claimant Sayadian by a check made payable to "the Law Offices of Alex Kessel and Grisha Sayadian," which check shall be mailed to the Law Offices of Alex Kessel, located at 16000 Ventura Boulevard, Penthouse Suite 1208, Encino, California 91436-2746, within 6 weeks from the date of entry of this judgment.

5. The remaining $327,807.54 of the defendant $427,807.54, any interest accrued on the defendant $427,807.54, the defendant One 2004 BMW X-5, VIN 5UXFA13554LU30274, and the defendant One 2003 Toyota Highlander, VIN JTEGF21A930095L87 shall be forfeited to the United State, which shall dispose of them according to law.

6. Claimant Sayadian hereby releases the United States of America, the State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Federal Bureau of Investigation, and any of foregoing's employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimant, arising out of or related to this action or to the seizure or possession of the defendants. Claimant Sayadian represents and agrees that he has not assigned and is the rightful owner of such claims, causes of action and rights.

7. The claimant hereby agrees to defend, indemnify and hold harmless the United States of America, the State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Federal Bureau of Investigation, and any of foregoing's employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest, raised or asserted by a third party in connection with or related to the release of $100,000 to the claimant.

8. The parties hereto agree to this consent judgment for the sole purpose of settling this action. Therefore, the judgment affects this action only and should not be construed or interpreted in any way to have any *res judicata*, collateral estoppel, claim preclusion, issue preclusion or estoppel effect on any other action or proceeding.

9. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

10. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: June 25, 2008

_____
JEFFREY W. JOHNSON
United States Magistrate Judge

CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: June 11, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
PIO S. KIM
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

DATED: June 9, 2008

_____
GRISHA SAYADYAN
Claimant

DATED: June 9, 2008

_____
DIANA TER-OGANESYAN
Potential Claimant

Approved as to form and content.

DATED: June 1, 2008

_____
ALEX R. KESSEL
Attorney for claimant
Grisha Sayadyan and potential
claimant Diana Ter-Oganesyan